Craig H. Averch (SBN 171366)
Roberto J. Kampfner (SBN 179026)
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rkampfner@whitecase.com

*Attorneys for First-Citizens
  Bank & Trust Company*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>OCEANSIDE MILE LLC,<br>d/b/a Seabonay Beach Resort,<br><br>Debtor. | Case No. 02:13-bk-35286-BR<br><br>Chapter 11<br><br>**LIMITED OBJECTION TO DEBTOR AND DEBTOR IN POSSESSION'S MOTION TO DISMISS BANKRUPTCY CASE**<br><br>Date: January 13, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>      255 East Temple Street<br>      Los Angeles, CA 90012 |

Americas 90354626          FIRST-CITIZENS' LIMITED OBJECTION TO DEBTOR'S MOTION TO DISMISS

First-Citizens Bank & Trust Company ("**First-Citizens**"), secured lender to Oceanside Mile LLC (the "**Debtor**") hereby files this *Limited Objection to Debtor and Debtor in Possession's Motion to Dismiss Bankruptcy Case* (the "**Limited Objection**"). In support of the Limited Objection, First-Citizens respectfully represents:

## BACKGROUND

On March 6, 2014, the Debtor, the Mayo Group, and First-Citizens entered into that certain Settlement and Release Agreement (the "**Settlement Agreement**"). The Settlement Agreement was subsequently approved by this Court. *See Order Granting Motion to Approve: (1) Settlement Agreement Between the Debtor and First Citizens Bank & Trust Company Pursuant to F.R.B.P. 9019 and (2) Procedures for Sale of Seabonay Beach Resort* [D.I. 144] (the "**Sale Order**"). The Settlement Agreement allowed the Debtor until October 31, 2014 to sell or refinance the Seabonay Beach Resort (the "**Hotel**") at a price sufficient to satisfy First-Citizens' allowed secured claim (the "**Allowed Claim**") *plus* all unpaid interest accrued on the Allowed Claim *plus* $325,000 (the "**Minimum Amount**"). Settlement Agreement § 10. Upon the closing of a Permitted Refinancing or Permitted Sale, as such terms are defined in the Settlement Agreement, the Debtor agreed to escrow $325,000 for the reimbursement of First-Citizens' attorneys' fees and costs. Settlement Agreement § 10.3. Section 10.3 of the Settlement Agreement entitles First Citizens to file an application with the Bankruptcy Court seeking reimbursement for its reasonable legal fees and costs pursuant to section 506(b) of the Bankruptcy Code within thirty days of the notice of the deposit of such funds. *Id.* If an application is filed, the amount of legal fees and costs to be allowed pursuant to such application is to be determined by the Court. *Id.* If the amount of fees awarded by the Court is less than $325,000, the excess funds located in the escrow are returned to the Debtor. *Id.*

On or about October 30, 2014, the Debtor consummated a Permitted Refinancing. On October 31, 2013, the Debtor filed a Notice of Withdrawal of Sale [D.I. 178] informing the

- 1 -

Court that it had satisfied the conditions of the Sale Order and the Settlement Agreement regarding the repayment of the Loan. On October 28, 2014, pursuant to Section 10.3 of the Settlement Agreement, the Debtor notified White & Case LLP ("**W&C**") that it had deposited $325,000 in an escrow account maintained by the Debtor's counsel.

On November 26, 2014, First-Citizens timely filed its *Application to Determine Attorneys' Fees Pursuant to Section 506(b) of the Bankruptcy Code* [D.I. 186] (the "**Fee Application**"). By the Fee Application, First-Citizens requested that the Court determine that the full amount of First-Citizens' attorneys' fees are reasonable and allowed under section 506(b) of the Bankruptcy Code. Although First-Citizens' fees and expenses totaled $484,637.01, First Citizens reimbursement of legal fees and costs is capped at $325,000 (the escrowed amount) pursuant to the terms of the Settlement Agreement. The Fee Application is set to be heard by this Court on January 13, 2015. The objection deadline is December 30, 2014.

On December 15, 2014, the Debtor filed its Motion to Dismiss [D.I. 191] (the "**Motion to Dismiss**"). By the Motion to Dismiss, the Debtor requested that this Court enter an order dismissing the above-captioned chapter 11 case (the "**Chapter 11 Case**"). The Motion to Dismiss is also set to be heard on January 13, 2015.

### **LIMITED OBJECTION**

First-Citizens objects to the Motion to Dismiss on a limited basis. While First-Citizens does not object to the general concept of dismissal, no dismissal is proper until a final order has been entered resolving the Fee Application and First-Citizens has been reimbursed for its allowed fees and costs pursuant to the terms of such order. If the case is dismissed prior to such time, this Court will have no jurisdiction to enforce the Settlement Agreement and its terms relating to legal fees and costs, and there is no other forum where First-Citizens' entitlement to legal fees can be properly and efficiently adjudicated. The Debtor's counsel has indicated that it intends to file an objection to the Fee Application. If such an objection is filed, the Court should resolve such

- 2 -

objection and First-Citizens should be paid its legal fees prior to this Court dismissing the case.

## CONCLUSION

For the foregoing reasons, First-Citizens respectfully requests that the Court delay any dismissal of the Chapter 11 Case until the Fee Application has been resolved and First-Citizens has received whatever legal fees are allowed in connection therewith.

DATED: December 29, 2014                     WHITE & CASE LLP

By:  /s/ Roberto J. Kampfner
Craig H. Averch
Roberto J. Kampfner
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
caverch@whitecase.com
rkampfner@whitecase.com

*Attorneys for First-Citizens
Bank & Trust Company*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled:

LIMITED OBJECTION TO DEBTOR AND DEBTOR IN POSSESSION'S MOTION TO DISMISS BANKRUPTCY CASE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 4, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   | | |
   |---|---|
   | COUNSEL TO THE DEBTOR: | Sandford Frey (Sfrey@cmkllp.com) |
   | COUNSEL TO THE DEBTOR: | Stuart I Koenig (Skoenig@cmkllp.com) |
   | COUNSEL TO THE DEBTOR: | Marta C Wade (mwade@cmkllp.com, knielsen@cmkllp.com) |
   | COUNSEL TO THE U.S. TRUSTEE: | Ron Maroko (ron.maroko@usdoj.gov) |
   | UNITED STATES TRUSTEE (L.A.): | U.S. Trustee (ustpregion16.la.ecf@usdoj.gov) |

2. **SERVED BY UNITED STATES MAIL**: On December 29, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION, OR EMAIL**: [State method for each person or entity served.] Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on November 4, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. (Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.)

   Honorable Barry Russell
   United States Bankruptcy Court
   Central District of California
   255 E. Temple Street, 14th Floor
   Suite Number 1660
   Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 29, 2014 | Young-Hee Bain | */s/ Young-Hee Bain* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 — F 9013-3.1.PROOF.SERVICE

Americas 90354626

## To be served by First Class U.S. Mail:

| | | |
|---|---|---|
| | Oceanside Mile LLC<br>d/b/a Seabonay Beach Resort<br>1546 E 14th Street<br>Los Angeles, CA 90021 | Kodsi Law Firm PA<br>Paul D Gottfried Esq<br>1855 Griffin Rd Suite A-370<br>Dania Beach, FL 33004 |
| Waste Services of Florida, Inc.<br>3101 NW 16th Terrace<br>Pompano Beach, FL 33064 | Travel Media Group<br>PO Box 3828<br>Norfolk, VA 23514-3828 | Broward County Code Enforcement<br>1 North University Dr Box 302<br>Plantation, FL 33324 |
| Hospitality Staffing Solutions<br>100 Glenridge Point Parkway Ste 400<br>Atlanta, GA 30342 | AFS1 LLC<br>4818 Satsuma Ave<br>North Hollywood, CA 91601 | Dry Masters Specialist LLC<br>2838 N State Rd 7<br>Hollywood, FL 33021 |
| CCTVGUY INC<br>Boaz Vaknin<br>5363 SW 33rd Ave<br>Fort Lauderdale, FL 33312 | Broward County Board of Comm'rs<br>Commissioner<br>115 S Andrews Ave Room 119A<br>Fort Lauderdale, FL 33301 | Art Connection<br>Ofer Sadik<br>2860 Center Port Cir<br>Pompano Beach, FL 33064 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | David Neblett<br>250 S Bayshore Dr. Ste 11<br>Miami, FL 33133 | Kaufman Rossin & Co<br>2699 S Bayshore Dr<br>Miami, FL 33133 |
| AMC Liquidators<br>3705 W Commercial Blvd<br>Fort Lauderdale, FL 33309 | Franchise Tax Board<br>Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Moffa Gainor & Sutton PA<br>100 SE Third Ave<br>Fort Lauderdale, FL 33394 |
| Ofer Manor Laundry Service<br>1083 NW 124th Terrace<br>Sunrise, FL 33323 | IRS<br>Ogden, UT 84201-0039 | Zevuloni & Associates<br>10130 NW 47th St<br>Sunrise, FL 33351 |
| Town of Hillsboro Beach<br>1210 Hillsboro Mile<br>Hillsboro Beach, FL 33062 | Mayo Group<br>517 N Foothill Rd<br>Beverly Hills, CA 90210 | Amerigas<br>299 SW 12 Ave<br>Pompano Beach, FL 33069-3228 |
| Securities Exchange Commission<br>5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 | Florida Power and Light<br>FPL General Mail Facility<br>Miami, FL 33188-0001 | AllStat Elevator<br>5309 West Broward Blvd, Ste 115<br>Plantation, FL 33317 |
| US Foods<br>PO Box 281838<br>Atlanta, GA 30384 | Expedia, Inc. Headquarters<br>333 108th Ave NE<br>Bellevue, WA 98004 | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Americas 90354626