| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, SBN 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>RON MAROKO, SBN 124770, TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017<br>(213) 894-4520 telephone; (213) 894-2603 facsimile<br>ron.maroko@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>OCEANSIDE MILE, LLC, | CASE NO.: 2:14-bk-35286-BR<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Debtor's motion to dismiss case |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order dismissing case

was lodged on (*date*)  01/22/2015   and is attached. This order relates to the motion which is docket number  191

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                           F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/22/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __01/22/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/22/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/22/2015 | Lawrence Pleasant | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          F 9021-1.2.BK.NOTICE.LODGMENT

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
   Craig H Averch    caverch@whitecase.com
   Michael N Berke    michael.berke@berkeslaw.com
   Sandford Frey  **(Debtor's counsel)** Sfrey@cmkllp.com
   Stuart I Koenig    Skoenig@cmkllp.com
   Craig G Margulies    craig@marguliesfaithlaw.com, mhillel@marguliesfaithlaw.com
   Ron Maroko    ron.maroko@usdoj.gov
   Charles Shamash    cs@locs.com, generalbox@locs.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Marta C Wade    mwade@cmkllp.com, knielsen@cmkllp.com

2. **SERVED BY U.S. MAIL:**
   Not applicable

3. **SERVED BY FEDERAL EXPRESS:**

   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk - Judges Copy

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F.9013-3.1.PROOF.OF.SERVICE**

# EXHIBIT "1"

EXHIBIT "1"

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

OCEANSIDE MILE, LLC,

        Debtor.

Case No.: 2:13-bk-35286-BR
Chapter 11

ORDER DISMISSING CASE;

Hearing Date: January 13, 2015
Time: 10:00 AM
Place: Courtroom 1668

    The Court heard debtor Oceanside Mile, LLC's motion to dismiss bankruptcy case at the above date and time. Appearances were as noted on the record.

    Based upon the record, GOOD CAUSE appearing,

    IT IS HEREBY ORDERED that this case is hereby DISMISSED pursuant to section 1112(b).

###

1