PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

**FILED & ENTERED**

**JAN 28 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

OCEANSIDE MILE, LLC,

              Debtor.

   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )

Case No.:  2:13-bk-35286-BR
Chapter 11

ORDER DISMISSING CASE;

Hearing Date:  January 13, 2015
Time:        10:00 AM
Place:       Courtroom 1668

     The Court heard debtor Oceanside Mile, LLC's motion to dismiss bankruptcy case at the above date and time.  Appearances were as noted on the record.

     Based upon the record, GOOD CAUSE appearing,

     IT IS HEREBY ORDERED that this case is hereby DISMISSED pursuant to section 1112(b).

# # #

Date: January 28, 2015

_____
Barry Russell
United States Bankruptcy Judge